```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 03111
  PHILIP J KOVALOVSKY
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-9819
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 03/27/06 and confirmed on 06/23/06.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   6660.00 .

   4. The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 4777.71 | .00 | 803.81 |
| CAPITAL ONE BANK | UNSECURED | 4455.03 | .00 | 749.52 |
| CAPITAL ONE BANK | UNSECURED | 3583.95 | .00 | 602.97 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | 80.00 | .00 | 13.46 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | 150.00 | .00 | 25.24 |
| PROVIDIAN | UNSECURED | 7462.13 | .00 | 1255.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1033.30 | .00 | 173.84 |
| THOMAS J FRYMARK DDS PC | UNSECURED | 568.17 | .00 | 95.59 |
| HOUSEHOLD BANK | UNSECURED | 757.18 | .00 | 127.39 |
| B LINE LLC | UNSECURED | 1172.70 | .00 | 197.30 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 24040.17 | .00 | 24040.17 |
| PRINCIPAL PAID | .00 | .00 | 4044.56 | .00 | 4044.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4044.56 | .00 | 4044.56 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2500.00
and was paid $    111.00   direct and $   2389.00   through the plan.

The Trustee received $     226.44 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 10/10/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE